# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELANIE BARNETT CURTIN

NO. 2025 KW 1159

**NOVEMBER 13, 2025**

---

In Re:     Melanie Barnett Curtin, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 40759.

---

**BEFORE:     LANIER, MILLER, AND FIELDS, JJ.**

**WRIT GRANTED.** The trial court abused its discretion in granting the State's motion to close the courtroom. The instant record does not support a "substantial reason" for excluding the public from the courtroom during the adult victim's testimony.

**WIL**
**SMM**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT